HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Q NIGHTCLUB AND LOUNGE, et al., | CASE NO. C17-5262RBL |
| Plaintiffs, | ORDER TO SHOW CAUSE |
| v. | |
| CITY OF VANCOUVER, et al., | |
| Defendants. | |

THIS MATTER is before the Court on its own Motion, following the withdrawal of Plaintiffs' counsel. [Dkt. #21] Two of the Defendants have since been dismissed. [Dkt. # 25]

Meanwhile, the two individual plaintiffs and the corporate plaintiff have not obtained new counsel. The individuals are free to represent themselves, pro se, in this matter. But the corporate Plaintiff—Q Nightclub and Lounge, a Washington corporation"—cannot be represented by a party who is not an attorney. A corporation may appear in federal court only through licensed counsel. *Rowland v. California Men's Colony,* 506 U.S. 194 (1993); *see also* 28 U.S.C. § 1654.

Plaintiff Q Nightclub and Lounge is therefore **ORDERED to SHOW CAUSE within 21 days** why its claims should not be dismissed for failure to prosecute. This obligation will be met

if an attorney licensed and admitted to practice in this District appears on its behalf within that 21 days. Absent one of those responses, Q Nightclub and Lounge's claims will be DISMISSED.

IT IS SO ORDERED.

Dated this 13th day of September, 2017.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge